# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD MORTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-0562** |
| **WARDEN JEFF WINDHAM** | **SECTION "E" (1)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Donald Morton's petition for federal *habeas corpus* relief be **DISMISSED WITH PREJUDICE** for failure to exhaust state court remedies as outlined in the Report and Recommendation.

New Orleans, Louisiana, this 14th day of October, 2013.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**